United States District Court

Northern District of California

ANTHONY E. MACK,

    Plaintiff,

v.

EDMUND G. BROWN, Governor, et al.,

    Defendants.

Case No.: C 12-2517 CW (PR)

JUDGMENT

    In accordance with the Court's Order of Dismissal, a judgment of dismissal without prejudice is entered. The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 10/9/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE