United States District Court

Northern District of California

| | |
|---|---|
| ANTHONY E. MACK, | Case No.: C 12-2517 CW (PR) |
| Plaintiff, | |
| v. | JUDGMENT |
| EDMUND G. BROWN, Governor, et al., | |
| Defendants. | |

In accordance with the Court's Order of Dismissal, a judgment of dismissal without prejudice is entered. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: 10/9/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE